UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2703(d) ORDER FOR SIX EMAIL ACCOUNTS SERVICED BY GOOGLE LLC FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 641 AND 793 | SC No. 20-sc-3361<br><br>**<u>Filed Under Seal</u>** |

## **<u>ORDER</u>**

Upon consideration of the Government's ex parte Sixth Motion to Modify Order in this matter, the Court agrees to provide the relief requested.

IT IS THEREFORE ORDERED, that this Court's March 8, 2021, March 29, 2021, and April 12, 2021 Orders in this matter are MODIFIED, and that Google LLC ("Google") shall produce to the United States all responsive records to this Court's January 5, 2021 Order by June 17, 2021.

AND IT IS FURTHER ORDERED the Government's Sixth Motion to Modify Order and this Order be sealed until otherwise ordered by the Court, except that the United States may disclose the existence and/or contents of this Order to appropriate law enforcement authorities.

Date: _____

UNITED STATES MAGISTRATE JUDGE